UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Cr. No. 04cr20270-D |
| | * | |
| ANDRES RAYO-MALDONADO, | * | |
| Defendant. | * | |
| | * | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the defendant Andres Rayo-Maldonado, by and through undersigned counsel, and respectfully requests this Honorable Court to continue his Sentencing hearing, currently scheduled for August 12, 2005 at 2:00 p.m. In support thereof, undersigned counsel states that unexpectedly he has to take sick leave because his son is ill and requires medical attention. The government has no objection. Additionally, counsel will not be available next week Tuesday due to sick leave.

**MOTION GRANTED**
DATE: 8-12-2005

/s/ Bernice Bouie Donald
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-16-05

(33)

WHEREFORE, defendant Andres Rayo-Malonado, respectfully moves this Honorable Court to continue the sentencing hearing.

Respectfully submitted,

_____
J. Patten Brown, III
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been forwarded to Mrs. Linda Harris, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 12nd day of August, 2005.

_____
J. Patten Brown, III
Assistant Federal Defender

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CR-20270 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT