IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 17 PM 5:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No. 04-20270-D

ANDRES RAYO-MALDONADO,

    Defendant.

---

### ORDER

---

It is hereby Ordered that the Sentencing in the above captioned matter is continued until the **26th** day of **August**, 200**5** at **1:00** ~~a.m.~~/p.m.

Thus Ordered this **17th** day of **August**, 200**5** at Memphis, Tennessee.

                                              _____
                                              United States District Court Judge

3

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **8-18-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20270 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT