IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 PM 4:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                          Cr. No. 04-20270-D

ANDRES RAYO-MALDONADO,

    Defendant.

_____

ORDER

_____

It is hereby Ordered that the Sentencing in the above captioned matter is continued until the _3rd_ day of _February_, 200_6_ at _1:30_ a.m./p.m.

Thus Ordered this _9th_ day of _December_, 2004 at Memphis, Tennessee.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/13/05_

4



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20270 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT